# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEDENIA UDOVICH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ESSILORLUXOTTICA S.A.; LUXOTTICA GROUP S.P.A.; ESSILOR INTERNATIONAL SAS; ESSILORLUXOTTICA USA INC.; LUXOTTICA U.S. HOLDINGS CORP.; ESSILOR OF AMERICA HOLDING COMPANY, INC.; LUXOTTICA OF AMERICA, INC.; ESSILOR OF AMERICA INC.; EYEMED VISION CARE, LLC; AND VISION SOURCE, LLC,<br><br>    Defendants. | Case No. 1:23-cv-15854-SCS |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nedenia Udovich hereby gives notice that this action is voluntarily dismissed in its entirety. None of the Defendants have served an answer or motion for summary judgment in this action. Accordingly, Plaintiff's voluntary dismissal of this action is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: January 19, 2024

Respectfully submitted,

*/s/ Brian Hogan*

Brian M. Hogan
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
bhogan@dicellolevitt.com

***Counsel for Plaintiff***